UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHRISTIAN BACCUS,**

      **Plaintiff,**

  v.

**CITY OF COLUMBUS DIVISION OF FIRE,**

      **Defendant.**

**Case No. 2:25-cv-724**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

## OPINION AND ORDER

This matter is before the Court on the Report and Recommendation issued by the Magistrate Judge on July 2, 2025. (ECF No. 2.) The Magistrate Judge recommends that the Motion to Proceed *in forma pauperis* filed by Plaintiff Christian Baccus (ECF No. 1) be denied and that Mr. Baccus be ordered to pay the filing fee. (ECF No. 2, PageID 63.)

Once a magistrate judge issues a report and recommendation, the relevant statute provides:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1). The failure to file written objections to a magistrate judge's report and recommendation waives a de novo determination by the district court of any issues addressed in the report and recommendation. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Mr. Baccus was advised of his right to object to the Report and Recommendation and of the consequences of failing to do so (ECF No. 2, 63–64), but he did not file a timely objection. Instead, he paid the filing fee on July 25, 2025. (ECF No. 3.)

The Court has reviewed the Report and Recommendation and agrees with the recommendations stated therein. The Court **ADOPTS** and **AFFIRMS** the Report and Recommendation. (ECF No. 2.) The Motion to Proceed *in forma pauperis* (ECF No. 1) is **DENIED**. Because Mr. Baccus paid the filing fee, the Magistrate Judge's direction to pay the filing fee within 30 days is **MOOT**. The Clerk is directed to mail a copy of this Order to Mr. Baccus at 380 Canford Place Gahanna, OH 43230.

This case remains open.

**IT IS SO ORDERED.**

| | |
|---|---|
| **8/21/2025** | **s/Edmund A. Sargus, Jr.** |
| **DATE** | **EDMUND A. SARGUS, JR.** |
| | **UNITED STATES DISTRICT JUDGE** |